IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENTRE NAX KARAGE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:09-CV-00604-M |
| FIRST ADVANTAGE CORPORATION | § | |
| d/b/a SAFE ADVANTAGE SERVICES | § | |
| d/b/a CRIMINALBACKGROUND.COM | § | |
| | § | |
| Defendant. | § | |

## JOINT REPORT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS

Plaintiff Entre Nax Karage and Defendant First Advantage Corporation, d/b/a Safe Advantage Services, d/b/a Criminalbackground.com (herein referred to as "First Advantage"), by and through their undersigned counsel, respectfully file this Joint Report, and would respectfully show the Court as follows:

The parties have conferred and are currently discussing the potential for settlement. Specifically, on April 28, 2010, counsel for the parties met in-person to discuss resolution of this case. Then, on July 26, 2010, First Advantage received a settlement demand from Karage. First Advantage responded to this settlement offer on July 27, 2010. No resolution has been reached at this time. However, the parties will continue with their settlement negotiations. The parties have also discussed mediation and may agree to mediation in the future if appropriate. The parties do not request a settlement conference with the Magistrate Judge at this time.

Respectfully submitted,

*/s/  Aaron Clay Graham*
AARON CLAY GRAHAM
Texas Bar No.: 24064140
6211 Airport Freeway
Fort Worth, Texas 76117
Telephone: (972) 740-4575
Facsimile: (817) 222-3333

ATTORNEYS FOR PLAINTIFF ENTRE NAX KARAGE

-and-

/s/  *D. Faye Caldwell*
D. FAYE CALDWELL
Texas Bar No.: 03618550
Attorney-in-Charge

OF COUNSEL:

CALDWELL & CLINTON P.L.L.C.
1001 Fannin, Suite 1000
Houston, Texas 77002
Telephone:  (713) 654-3000
Facsimile:  (713) 654-3002
ATTORNEYS FOR DEFENDANT
FIRST ADVANTAGE CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel by ECF filing notification and/or facsimile and/or certified mail, return receipt requested, on this the 29th day of July, 2010:

Aaron Clay Graham
Texas Bar No.: 24064140
6211 Airport Freeway
Fort Worth, Texas 76117


                                             */s/ D. Faye Caldwell*
                                             D. FAYE CALDWELL